UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MANUEL CARDOZA, Jr.,

Petitioner,

v.

CHANCE ANDES, et al.,,

Respondents.

No. 2:26-cv-3428 SCR P

ORDER

Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. At the time of filing, petitioner also submitted a motion to stay these proceedings pursuant to Rhines v. Weber, 544 U.S. 269, 278 (2005).

The court will serve the § 2254 petition on respondents, but will not order an answer to be filed on the merits at this procedural juncture. Rather, respondents are ordered to file an opposition or a statement of non-opposition to the motion within 30 days from the date of this order. If respondents file an opposition, petitioner may file a reply within 14 days after service of the opposition. The motion will be deemed submitted on the papers at the expiration of the deadlines set herein.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file an opposition or a statement of non-opposition to the

motion to stay these proceedings within 30 days from the date of this order.

2. If respondents file an opposition, petitioner may file a reply within 14 days after service of the opposition.

3. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

DATED: October 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE